## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| **EMPLOYERS INSURANCE COMPANY OF WAUSAU,** | § § § | |
| *Plaintiff,* | § § | |
| | § | **Civil Action No. 4:25-cv-00849** |
| **v.** | § § | |
| **TEXCON HOLDINGS, INC.,** | § § § | |
| *Defendant.* | § | |

---

## PLAINTIFF'S ORIGINAL COMPLAINT

---

Employers Insurance Company of Wausau ("Liberty" or "Plaintiff"), files this Original Complaint against Texcon Holdings, Inc. ("Texcon") and for cause would show as follows:

### I.      PARTIES

1.      Plaintiff Employers Insurance Company of Wausau is a company organized under the laws of the State of Wisconsin with a principal place of business in Boston, Massachusetts.

2.      Defendant Texcon Holdings, Inc. is a domestic for-profit corporation with a principal place of business in Kingwood, Texas.

3.      Plaintiff respectfully requests that citation be issued at this time for Defendant Texcon through its registered agent, Meng Zhang, 27318 Onslow Run Drive, Katy, Texas 77494.

### II.      VENUE AND JURISDICTION

4.      This suit is within the Court's diversity jurisdiction pursuant to 28 U.S.C. § 1332 because it is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000.

5.      Venue is proper in the Southern District of Texas, Houston Division pursuant to 28 U.S.C. 1391 (b) because Defendant "resides" in this judicial district and, with respect to this action, is subject to the court's personal jurisdiction in the district.

### III.    FACTUAL BACKGROUND

6.      Liberty provided Texcon with commercial workers' compensation and employers' liability coverage under policy number WCC-Z91-475082-033 for the period of March 2, 2023, to March 2, 2024 (the "Policy") *See* copy of the Policy attached hereto as Exhibit "A."

7.      The Policy was an insurance contract which provided insurance coverage for certain liabilities of Texcon as set forth in the Policy in exchange for premiums.

8.      Pursuant to the terms, initial premiums for the Policy were subject to audit based on the actual exposure during the effective dates of coverage. These audits can result in additional or return premiums. Plaintiff performed audits of Texcon in accordance with the provisions outlined in the above-mentioned Policy. The audit indicated that an additional premium of $157,060.00 was due from Texcon.

9.      Plaintiff requested payment from Texcon of the overdue premium, but Texcon has failed to remit payment.

### IV.    CAUSES OF ACTION

### SUIT ON SWORN ACCOUNT

10.      Plaintiff repeats, restates, and re-alleges the allegations of Paragraphs 1 through 9 of the Complaint as if fully set forth herein.

11.      Texcon agreed to and accepted Plaintiff's services and became bound to pay and reimburse Plaintiff for the commercial workers' compensation and employers' liability coverage

provided under the relevant Policy. Plaintiff hereby incorporates Exhibit "B", a detailed statement of Texcon's account, into this Complaint for all purposes by reference.

12.    As reflected in the Statement of Account, Texcon failed to pay for additional premiums owed based on actual exposure during the periods the policies were in effect. Thus, Plaintiff brings suit on sworn account against Texcon as recognized under Texas law. *See Dongbu USA, Inc. v. Partners in Steel Intl, LLC*, 2015 WL 12803707 (S.D. Tex. 2015) (citing *Cinco J., Inc. v. Pressure Trucks, Inc.*, 2015 WL 1957108, *3 (W.D. Tex. 2015), *Sunshine Traders of El Paso, Inc. v. Dolgencorp, Inc.*, 219 Fed. Appx. 375, 377 (5th Cir. 2007)).

## BREACH OF CONTRACT

13.    Plaintiff repeats, restates, and re-alleges the allegations of Paragraphs 1 through 9 of the Complaint as if fully set forth herein.

14.    By entering into the Policy with Plaintiff, Texcon accepted insurance services from Plaintiff and became bound to pay to Plaintiff the premiums agreed to by the parties under the terms of the Policy.

15.    As a result of Texcon's failure to pay premiums contractually owed, Plaintiff has suffered damages in the total amount of $157,060.00 plus interest, attorneys' fees, and litigation costs.

## QUANTUM MERUIT

16.    Plaintiff repeats, restates, and re-alleges the allegations of Paragraphs 1 through 9 of the Complaint as if fully set forth herein.

17.    Pleading alternatively, Plaintiff provided, and Texcon accepted valuable insurance coverage under the Policy, which insurance coverage, upon information and belief, allowed Texcon to conduct and continue its business operations including, but not limited to, satisfying its

contractual obligations to its clients, complying with statutory regulations related to insurance coverage, obtaining financing for its operations, and employing its workforce. Texcon had reasonable notice that Plaintiff expected to be compensated for the provision of insurance services, but Texcon failed to provide such reasonable compensation. Therefore, Plaintiff hereby brings suit for the reasonable value of the services provided to Texcon.

## V.    CONDITIONS PRECEDENT

18.    All conditions precedent to Plaintiff's claims for relief have been performed or have occurred.

## VI.    DAMAGES

19.    Texcon's breach of the insurance contracts through its refusal to pay premiums owed on the Policy has caused Plaintiff to incur reasonable and necessary attorneys' fees to prepare this action.

20.    In addition, Plaintiff pleads for an award of its actual damages plus all interest allowable by law, both pre-judgment and post-judgment.

## VII.    PRAYER

WHEREFORE PREMISES CONSIDERED, Plaintiff Employers Insurance Company of Wausau prays that Defendant Texcon Holdings, Inc. be cited to appear and answer herein, that Plaintiff has judgment against Defendant for its actual damages, including reasonable and necessary attorneys' fees and all pre- and post-judgment interest as allowed by law and for all other relief, legal or equitable, to which Plaintiff has shown itself justly entitled.

*{Signature on the following page.}*

Respectfully submitted,

**HANNA & PLAUT, L.L.P.**
211 East Seventh Street, Suite 600
Austin, Texas 78701
Telephone:   (512) 472-7700
Facsimile:   (512) 472-0205

By:   */s/ Sheila S. Tan*
      Catherine L. Hanna
      State Bar No.  08918280
      channa@hannaplaut.com
      Sheila S. Tan
      State Bar No.  24078047
      stan@hannaplaut.com

**ATTORNEYS FOR PLAINTIFF**

# EXHIBIT A

Texcon Holdings Inc.
20783 FM 1314
Porter TX 77365

**CNI 90 04 01 12**
Insured

ALLIANT INSURANCE SERVICES INC
2000 WEST LOOP S STE 2150
HOUSTON TX 770273571

**CNI 90 05 01 12**
Producer

**SANCTION NOTICE**

This notice is to advise you that no Insurer shall be deemed to provide cover and no Insurer shall be liable to pay any claim or provide any benefit hereunder to the extent that the provision of such cover, payment of such claim or provision of such benefit would expose that Insurer to any sanction, prohibition or restriction under United Nations resolutions or the trade or economic sanctions, laws or regulations of the European Union, United Kingdom or United States of America.

**HAVE A WORKERS' COMPENSATION COMPLAINT OR NEED HELP?**

Contact your insurance company if you have a question or problem about your premium or a claim:

**Liberty Mutual Group**

**Call: 1-617-357-9500 Ext. 41015**

**Toll Free: 1-800-344-0197**

Email: PresidentialSVCteam@libertymutual.com

Mail:  Presidential Service Team
       Liberty Mutual Group
       175 Berkeley Street
       Boston, MA 02116

## For problems with your policy

If your problem with the premium is not resolved, contact the National Council on Compensation Insurance, Dispute Resolution Services:

Mail: 901 Peninsula Corporate Circle, Boca Raton, FL 33487-1362

Fax: 561-893-5043

Email: regulatoryoperations@ncci.com

Phone: 1-800-622-4123

If you believe there has been a violation of law related to your workers' compensation policy, file a complaint with the Texas Department of Insurance:

Call:  1-800-252-3439

Online:  www.tdi.texas.gov

Email: ConsumerProtection@tdi.texas.gov

Mail:  Texas Department of Insurance
       MC 111-1A
       PO Box 149091
       Austin, TX 78714-9091

## For employees with claim issues

If one of your employees has a problem with a claim, contact the Texas Department of Insurance, Division of Workers' Compensation, Compliance and Investigations:

Mail: MS-8, 7551 Metro Center Drive, Suite 100, Austin, TX 78744

Fax: 512-490-1030

Email: DWC-ComplianceReview@tdi.texas.gov

Phone: 1-800-252-7031

# IMPORTANT CONTRACTOR NOTICE

Do you employ contractors or subcontractors?

Do you hire vehicles with drivers or helpers?

If so, you may be subject to added insurance costs.

## Why?

Workers Compensation laws in most states provide that the general or principal contractor is responsible for payment of compensation benefits to employees of uninsured contractors and subcontractors and to drivers, chauffeurs, and helpers hired with vehicles if the owner of such vehicles has not insured their compensation obligation.  When state law makes you responsible for payment of benefits under those circumstances, your Workers Compensation carrier must charge you for the added exposure.

## AVOID these costs . . . . .

Obtain certificates of insurance from all contractors, subcontractors and owners of hired vehicles and keep them with your payroll records for review by our auditor.

**CNW 90 01 05 10**
Page 1 of 1
Ed. 05/01/2010

© 2010 Liberty Mutual Group of Companies.  All Rights Reserved

## LIBERTY MUTUAL WORKERS COMPENSATION, GROUP BENEFITS, AND HELMSMAN MANAGEMENT SERVICES, LLC PRIVACY PRACTICES DISCLOSURE NOTICE

This Privacy Practices Disclosure Notice outlines the privacy practices for Liberty Mutual Insurance and its subsidiaries and affiliates listed below (collectively referred to as "Liberty Mutual"):

- Liberty Mutual Fire Insurance Company
- LM Insurance Corporation
- Liberty Insurance Company of America
- Liberty Life Assurance Company of Boston
- Employers Insurance Company of Wausau
- Wausau Business Insurance Company

- Liberty Insurance Corporation
- The First Liberty Insurance Corporation
- Liberty Northwest Insurance Corporation
- Helmsman Management Services, LLC
- Wausau General Insurance Company
- Wausau Underwriters Insurance Company

This Notice tells you:

- The categories of nonpublic personal information (NPPI) we collect from you or from a third party about you or about participants, beneficiaries or claimants under your workers compensation and/or group benefit coverage, or your employee benefit programs or plans;

- How we use NPPI;

- The categories of affiliates and non-affiliate third parties with whom we share NPPI;

- The security policies and procedures in place to protect the confidentiality and security of NPPI provided to us.

If you have questions regarding this Privacy Practices Disclosure Notice, contact us by sending an email to pstprivacy@libertymutual.com or write to us at:

**Presidential Service Team
Liberty Mutual Insurance
175 Berkeley Street
Boston, MA 02116**

If applicable, please include your policy number or contract number with any correspondence.

## 1.    INFORMATION WE MAY COLLECT

We want you to conduct business with us knowing that we protect NPPI. We collect NPPI from you or from third parties about you or about participants, beneficiaries or claimants under your insurance coverage. We collect NPPI from:

- Applications or other forms which may include policyholder, participant, beneficiary or claimant name, address, phone number, social security number, household information, vehicle and driver information, date of birth, medical information related to underwriting and claims, insurance coverage, and employee benefit programs or plan information;

- Your business dealings with us, our affiliates, or others, such as prior claims or accidents, medical information related to claims, information about your accident or injury (if applicable), and the names of witnesses and other contact information; and

- Consumer reporting agencies, motor vehicle departments, and inspection services.

2.    **HOW THE INFORMATION IS USED**

We use NPPI:

- To provide policy and premium quotes;

- To underwrite applications, administer claims, and answer questions about our insurance products and services;

- For account administration and processing premium billings payments;

- To process and defend insurance claims, and administer insurance benefits (including utilization review activities);

- To report, investigate, or prevent fraud or material misrepresentation; and

- As otherwise required or permitted by federal or state law.

3.    **TO WHOM INFORMATION IS DISCLOSED**

We do not disclose NPPI about you or about participants, beneficiaries or claimants under your insurance policy, employee benefit programs or plans to anyone, unless allowed by law.  We are allowed by law to provide NPPI to:

- A third party that performs services for us, such as claims investigations or medical examinations;

- Our affiliated companies and reinsurers;

- Insurance regulators, reporting agencies or, if applicable, involuntary market administrators;

- State Motor Vehicle Departments to obtain a report of any accidents or convictions;

- Law enforcement agencies or other governmental authorities to report suspected illegal activities;

- Persons or organizations conducting insurance actuarial or research studies, subject to appropriate confidentiality agreements;

- Companies that provide marketing services on our behalf, or as part of a joint marketing agreement; and,

- As otherwise permitted or required by law.

4.    **HOW WE PROTECT INFORMATION**

We maintain physical, electronic, and procedural safeguards to guard NPPI.  These safeguards comply with applicable laws.  We retain NPPI for as long as required by law or regulation.  The only employees or agents who have access to your NPPI are those who must have it to provide products or services to you. We do not sell your NPPI to mass marketing or telemarketing companies.

**LIBERTY MUTUAL PRIVACY NOTICE - CALIFORNIA**
(Workers' Compensation)
(Effective January 1, 2023)
(Last Updated November 2022)

Liberty Mutual Group, its affiliates and subsidiaries (collectively "Liberty Mutual" or "we", "us" and "our") provide workers' compensation insurance to companies. In this notice, we explain how we gather, use, share, and protect your data. This notice applies to you if you are a **California resident and** (i) are buying insurance for your company, (ii) your company has workers' compensation insurance with us, or (iii) you have a workers' compensation claim. If this notice does not apply to you, please go to libertymutual.com/privacy to review our privacy notices for other states.

## What Personal Data Do We Collect?

The types of personal data we gather and share depends on your relationship to us. For example, we may gather different data if you are a claimant reporting an injury than if you want a quote for insurance. The data we gather can include your Social Security Number, income, and medical information related to your injury. It may also include data gathered as we provide insurance services, when you apply for such services, or from other contacts with you. It may also include:

- **Identifiers**, including a real name, alias, postal address, unique personal identifier, online identifier, Internet Protocol address, email address, account name, Social Security Number, driver's license number, or other similar identifiers;
- **Personal data**, such as your name, signature, Social Security Number, physical characteristics or description, address, telephone number, driver's license or state identification card number, insurance policy number, education, employment, employment history, bank account number, financial data, precise geolocation, medical data, or health insurance data;
- **Protected classification characteristics described in California Civil Code §1798.80(e)**, including age, race, color, national origin, citizenship, religion or creed, marital status, medical condition, physical or mental disability, sex (including gender, gender identity, gender expression, pregnancy or childbirth and related medical conditions), sexual orientation, veteran or military status;
- **Commercial data**, including records of personal property, products or services purchased, obtained, or considered, or other purchasing or consuming histories and tendencies;
- **Internet or other similar network activity**, including browsing history, search history, data about a consumer's interaction with a website, application, or advertisement;
- **Professional or employment related data,** including current or past job history;
- **Inferences drawn from other personal data**, such as a profile reflecting a person's preferences, characteristics, psychological trends, predispositions, behavior, attitudes, intelligence, abilities, and aptitudes;
- **Risk data**, including data about your driving and/or accident history; this may include data from consumer reporting agencies, such as your motor vehicle records and loss history data, health data, or criminal convictions;
- **Claims data**, including data about your previous and current claims, which may include data regarding your health, criminal convictions, third party reports, or other personal data; and
- **Sensitive data**, as defined under the California Privacy Rights Act.

For data about the types of personal data we have gathered in the past twelve months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

**How do you gather my data?**

| We gather your personal data **directly from you**. For example, you provide us with data when you: | We also gather your personal data **from other people**. For example: |
|---|---|
| ■ ask about, buy insurance or file a claim | ■ your insurance agent or broker |
| ■ pay your policy | ■ your employer, association or business (if you are insured through them) |
| ■ visit our websites, call us, or visit our office | ■ our affiliates or other insurance companies about your transactions with them |
| | ■ consumer reporting agencies, Motor Vehicle Departments, and inspection services, to gather your credit history, driving record, claims history, or value and condition of your property |
| | ■ other public directories and sources |
| | ■ third parties, including other insurers, brokers and insurance support organizations who you have communicated with about your policy or claim, anti-fraud databases, sanctions lists, court judgments and other databases, government agencies, open electoral register, or in the event of a claim, third parties including other parties to the claim witnesses, experts, loss adjustors and claim handlers |
| | ■ other third parties who take out a policy with us and are required to provide your data such as when you are named as a beneficiary or where a family member has taken out a policy that requires your personal data |

Entities that share data with us may keep it and disclose it to others as permitted by law. For data about how we have gathered personal data in the past twelve months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

**How Do We Use Your Personal Data?**

Liberty Mutual uses your data to provide you our products and services and as otherwise provided in this Notice. Liberty Mutual may use your data and the data of former customers for our business and other compatible purposes. Our business purposes include, for example:

| Business Purpose | Data Categories | Do we share or sell your data as defined by CPRA |
|---|---|---|
| **Market, sell and provide insurance.**<br>This includes for example:<br>▪ calculating your premium;<br>▪ determining your eligibility for a quote;<br>▪ confirming your identity and servicing your policy; | ▪ Identifiers<br>▪ Personal Information<br>▪ Protected Classification Characteristics<br>▪ Commercial Information<br>▪ Internet or other similar network activity<br>▪ Professional or employment related information<br>▪ Inferences drawn from other personal information<br>▪ Risk data<br>▪ Claims data | ▪ No |
| **Manage your claim.** This includes, for example:<br>▪ managing your claim, if any;<br>▪ conducting claims investigations;<br>▪ conducting medical examinations;<br>▪ conducting inspections, appraisals;<br>▪ providing roadside assistance;<br>▪ providing rental car replacement, or repairs; | ▪ Identifiers<br>▪ Personal Information<br>▪ Protected Classification Characteristics<br>▪ Commercial Information<br>▪ Internet or other similar network activity<br>▪ Professional or employment related information<br>▪ Inferences drawn from other personal information<br>▪ Risk data<br>▪ Claims data | ▪ No |
| **Day to Day Business and Insurance Operations.**<br>This includes, for example:<br>▪ creating, maintaining, customizing and securing accounts;<br>▪ supporting day-to-day business and insurance related functions;<br>▪ doing internal research for technology and development;<br>▪ marketing and creating products and services;<br>▪ conducting audits related to a current contract with a consumer and other transactions;<br>▪ as described at or before the point of gathering personal data or with your authorization | ▪ Identifiers<br>▪ Personal Information<br>▪ Protected Classification Characteristics<br>▪ Commercial Information<br>▪ Internet or other similar network activity<br>▪ Professional or employment related information<br>▪ Inferences drawn from other personal information<br>▪ Risk data<br>▪ Claims data | ▪ No |

| | | |
|---|---|---|
| **Security and Fraud Detection.** This includes for example: <ul><li>detecting security issues;</li><li>protecting against fraud or illegal activity, and to comply with regulatory and law enforcement authorities;</li><li>managing risk and securing our systems, assets, infrastructure and premises;</li><li>help to ensure the safety and security of Liberty staff, assets and resources, which may include physical and virtual access controls and access rights management;</li><li>supervisory controls and other monitoring and reviews, as permitted by law; and</li><li>emergency and business continuity management.</li></ul> | <ul><li>Identifiers</li><li>Personal Information</li><li>Protected Classification Characteristics</li><li>Commercial Information</li><li>Internet or other similar network activity</li><li>Professional or employment related information</li><li>Inferences drawn from other personal information</li><li>Risk data</li><li>Claims data</li></ul> | <ul><li>No</li></ul> |
| **Regulatory and Legal Requirements.** This includes for example: <ul><li>controls and access rights management;</li><li>to evaluate or conduct a merger, divestiture, restructuring, reorganization, dissolution, or other sale or transfer of some or all of Liberty's assets, whether as a going concern or as part of bankruptcy, liquidation, or similar proceeding, in which personal data held by Liberty is among the assets transferred;</li><li>exercising and defending our legal rights and positions;</li><li>to meet Liberty contract obligations;</li><li>to respond to law enforcement requests and as required by applicable law, court order, or governmental regulations;</li><li>as otherwise permitted by law</li></ul> | <ul><li>Identifiers</li><li>Personal Information</li><li>Protected Classification Characteristics</li><li>Commercial Information</li><li>Internet or other similar network activity</li><li>Professional or employment related information</li><li>Inferences drawn from other personal information</li><li>Risk data</li><li>Claims data</li></ul> | <ul><li>No</li></ul> |

| | | |
|---|---|---|
| **Improve Your Customer Experience and Our Products.** This includes for example: <br>■ improve your customer experience, our products and service; <br>■ to provide, support, personalize and develop our website, products and services; <br>■ create and offer new products and services; | ■ Identifiers <br>■ Personal Information <br>■ Commercial Information <br>■ Internet or other similar network activity <br>■ Professional or employment related information <br>■ Inferences drawn from other personal information <br>■ Risk data <br>■ Claims data | ■ No |
| **Analytics to identify, understand and manage our risks and products.** This includes for example: <br>■ conducting analytics to better identify, understand and manage risk and our products; | ■ Identifiers <br>■ Personal Information <br>■ Protected Classification Characteristics <br>■ Commercial Information <br>■ Internet or other similar network activity <br>■ Professional or employment related information <br>■ Inferences drawn from other personal information <br>■ Risk data <br>■ Claims data | ■ No |
| **Customer service and technical support.** This includes for example: <br>■ answer questions and provide notifications; provide customer and technical support; | ■ Identifiers <br>■ Personal Information <br>■ Commercial Information <br>■ Internet or other similar network activity <br>■ Professional or employment related information <br>■ Inferences drawn from other personal information <br>■ Risk data <br>■ Claims data | ■ No |
| **Cross Context Behavioral Advertising** | ■ Internet or other similar network activity <br>■ Identifiers (IP address, device ID) | ■ We share this information with service providers such as search engines and social media platforms. |

**Do We Disclose Your Personal Data?**

Liberty Mutual does not sell your personal data, as that term is defined under the California Consumer Privacy Act as amended. If you visit libertymutual.com or other Liberty Mutual websites, we may share (as defined under the CCPA) some personal information (e.g., IP address, device ID) for cross-context behavioral advertising. The California privacy law defines sharing as  "communicating orally, in writing, or by electronic or other means, a consumer's personal information… to a third party for cross-context behavioral advertising, whether or not for monetary or other valuable consideration." For example, this occurs when you visit a Liberty Mutual website. Cookies or pixels are deployed that then allow us to show you targeted advertisements when you visit other websites or social media platforms. You have the right to opt-out of this type of sharing and you may learn more about those rights at lmi.co/caprivacychoices.

This type of sharing is different from disclosing personal information to other entities to perform a service related to providing insurance or processing your claim. How we disclose data to these types of entities is set forth below.

Liberty Mutual may disclose personal data with affiliated and non-affiliated parties, including:

- Liberty Mutual affiliates;
- Service Providers (such as auto repair facilities, towing companies, property inspectors and independent adjusters);
- Insurance support organizations;
- Brokers and agents;
- Public entities (e.g., regulatory, quasi-regulatory, tax or other authorities, law enforcement agencies, courts, arbitrational bodies, and fraud prevention agencies);
- Consumer reporting agencies;
- Advisors including law firms, accountants, auditors and tax advisors;
- Insurers, re-insurers, policy holders, and claimants;
- Group policyholders (for reporting claims data or an audit);
- A person, organization, affiliate or Service Providers conducting actuarial or research studies; and
- As permitted by law.

We may also disclose data with other companies that provide marketing services on our behalf or as part of a joint marketing agreement for products offered by Liberty Mutual. We will not disclose your personal data with others for their own marketing purposes.

We may also disclose data about our transactions (such as payment history) and experiences (such as claims made) with you to our affiliates.

Liberty Mutual may disclose the following categories of personal data as needed for Business purposes:

| | |
|---|---|
| Identifiers | Personal Data |
| Protected Classification Characteristics | Commercial Data |
| Internet or other similar network activity | Professional, employment and education Data |
| Inferences drawn from personal data | Risk Data |
| Claims Data | |

For data about how we have disclosed personal data in the past twelve months, please go to lmi.co/caprivacynotices and click on the link for the California Privacy Policy (Consumers).

**How Do We Keep your Personal Data Safe?**

We maintain physical, electronic, and administrative safeguards created to protect your data from unauthorized access. Our employees and agents are authorized to access your data only for legitimate business purposes.

 © 2022 Liberty Mutual Insurance

**How Long Does Liberty Mutual Retain Each Category of Personal Data?**

We retain your information in accordance with our legal obligations, our records retention policies, or as otherwise permitted by law. For example, we may have a legal obligation to retain information relating to your policies or claims with us. We will delete your data once the legal obligation expires or after the period of time specified in our records retention policies. The period of retention is subject to our review and alteration.

**What Rights Do I Have to Learn More About My Personal Data?**

You may have rights under California laws to learn more about our privacy practices. For more information about these rights, please go to lmi.co/caprivacynotices and click on the link California Privacy Policy (Consumers). If you cannot access the link, please contact us.

You may have additional rights under other California laws. For more information about these rights, please go to libertymutual.com/privacy and click on the link California Supplemental Privacy Notice. If you cannot access the link, please contact us.

**How to Contact Us:**

You can submit questions, seek additional information, or obtain a copy of our privacy notice in an alternative format by either:

| | |
|---|---|
| Calling: | 800-344-0197 |
| Email: | Privacy@libertymutual.com |
| Mail: | Liberty Mutual Insurance Company |
| | 175 Berkeley St., 6th Floor |
| | Boston, MA 02116 |
| | Attn: Privacy Office |

**Who is Providing this Notice?**

This privacy notice is provided on behalf of the following Liberty Mutual companies and affiliates:

America First Insurance Company, America First Lloyd's Insurance Company, American Economy Insurance Company, American Fire and Casualty Company, American States Insurance Company, American States Insurance Company of Texas, Colorado Casualty Insurance Company, Consolidated Insurance Company, Employers Insurance Company of Wausau, Excelsior Insurance Company, First National Insurance Company of America, General Insurance Company of America, Golden Eagle Insurance Corporation, Hawkeye-Security Insurance Company, Indiana Insurance Company, Liberty Insurance Corporation, Liberty Mutual Fire Insurance Company, Liberty Mutual Insurance Company, Liberty Mutual Mid-Atlantic Insurance Company, Liberty Northwest Insurance Corporation, LM Insurance Corporation, Montgomery Mutual Insurance Company, North Pacific Insurance Company, Ohio Security Insurance Company, Oregon Automobile Insurance Company, Peerless Indemnity Insurance Company, Peerless Insurance Company, The First Liberty Insurance Corporation, The Midwestern Indemnity Company, The Netherlands Insurance Company, The Ohio Casualty Insurance Company, Wausau Business Insurance Company, Wausau General Insurance Company, Wausau Underwriters Insurance Company, and West American Insurance Company.

# Cover Page

### RISK CONTROL SERVICES
### IMPORTANT INFORMATION TO POLICYHOLDERS
### TEXAS WORKERS COMPENSATION

**Pursuant to Texas Labor Code §411.066, Liberty Mutual Insurance is required to notify its policyholders that accident prevention services are available from Liberty Mutual Insurance at no additional charge. These services may include surveys, recommendations, training programs, consultations, analyses of accident causes, industrial hygiene, and industrial health services. Liberty Mutual Insurance is also required to provide return-to-work coordination services as required by Texas Labor Code §413.021 and to notify you of the availability of the return-to-work reimbursement program for employers under Texas Labor Code §413.022. If you would like more information, contact Liberty Mutual Insurance at 1-866-757-7324 and <u>RCConsultingCenter@LibertyMutual.com</u> for accident prevention services, or 1-877-397-2255 and <u>RTWTexas@LibertyMutual.com</u> for return-to-work coordination services. For information about these requirements call the Texas Department of Insurance, Division of Workers' Compensation (TDI-DWC) at 1-800-687-7080 or for information about the return-to-work reimbursement program for employers call the TDI-DWC at (512) 804-5000. If Liberty Mutual Insurance fails to respond to your request for accident prevention services or return-to-work coordination services, you may file a complaint with the TDI-DWC in writing at <u>http://www.tdi.texas.gov</u> or by mail to Texas Department of Insurance, Division of Workers' Compensation, MS-8, at 7551 Metro Center Drive, Austin, Texas 78744-1645.**

WCC-Z91-475082-033
Texcon Holdings Inc.
20783 FM 1314
Porter TX 77365

© 2013 Liberty Mutual Insurance.  All rights reserved.



# WORKERS COMPENSATION AND
# EMPLOYERS LIABILITY INSURANCE POLICY

**Policy Number:** WCC-Z91-475082-033

Texcon Holdings Inc.
20783 FM 1314
Porter TX 77365

Liberty Mutual Insurance is the marketing name for the property and casualty insurance operations. Products may be written in the following stock insurance company subsidiaries of Liberty Mutual Insurance.

Liberty Mutual Insurance Company
Liberty Mutual Fire Insurance Company
Liberty Insurance Corporation
LM Insurance Corporation
The First Liberty Insurance Corporation
Employers Insurance Company of Wausau
Wausau Underwriters Insurance Company
Wausau Business Insurance Company
Wausau General Insurance Company

Not all products and coverages are available in all companies and jurisdictions.

### ANNUAL MEETING NOTICE

Your policy includes a statement regarding membership rights in the Liberty Mutual Holding Company Inc. **Employers Insurance Company of Wausau** is a Massachusetts stock insurance company subsidiary of the Liberty Mutual Holding Company Inc., a Massachusetts mutual holding company.  Insurance is provided by **Employers Insurance Company of Wausau**.  The named insured first named in the Information Page is a member of Liberty Mutual Holding Company Inc.

As a member of Liberty Mutual Holding Company Inc., the named insured first named is entitled, among other things, to vote either in person or by proxy at the annual meeting or special meetings of said company.  The Annual Meeting of Liberty Mutual Holding Company Inc. is at its offices located at 175 Berkeley Street, Boston, Massachusetts, on the second Wednesday in April each year at ten o'clock in the morning.

Members of Liberty Mutual Holding Company Inc. may request a copy of the company's annual financial statements, which are posted on Liberty Mutual's website at www.libertymutual.com or by writing to Liberty Mutual Holding Company Inc., 175 Berkeley Street, Boston, Massachusetts, 02116, Attention: Corporate Secretary.

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY
QUICK REFERENCE**

|  |  | Beginning on Page |
|---|---|---|
| General Section |  |  |
|  | A. The Policy | 2 |
|  | B. Who is Insured | 2 |
|  | C. Workers Compensation Law | 2 |
|  | D. State | 2 |
|  | E. Locations | 2 |
| Part One – Workers Compensation Insurance |  |  |
|  | A. How This Insurance Applies | 2 |
|  | B. We Will Pay | 2 |
|  | C. We Will Defend | 2 |
|  | D. We Will Also Pay | 2 |
|  | E. Other Insurance | 3 |
|  | F. Payments You Must Make | 3 |
|  | G. Recovery From Others | 3 |
|  | H. Statutory Provisions | 3 |
| Part Two – Employers Liability Insurance |  |  |
|  | A. How This Insurance Applies | 3 |
|  | B. We Will Pay | 4 |
|  | C. Exclusions | 4 |
|  | D. We Will Defend | 4 |
|  | E. We Will Also Pay | 5 |
|  | F. Other Insurance | 5 |
|  | G. Limits of Liability | 5 |
|  | H. Recovery From Others | 5 |
|  | I. Actions Against Us | 5 |
| Part Three – Other States Insurance |  |  |
|  | A. How This Insurance Applies | 6 |
|  | B. Notice | 6 |
| Part Four – Your Duties If Injury Occurs |  | 6 |
| Part Five - Premium |  |  |
|  | A. Our Manuals | 6 |
|  | B. Classifications | 6 |
|  | C. Remuneration | 6 |
|  | D. Premium Payments | 7 |
|  | E. Final Premium | 7 |
|  | F. Records | 7 |
|  | G. Audit | 7 |
| Part Six - Conditions |  |  |
|  | A. Inspection | 7 |
|  | B. Long Term Policy | 7 |
|  | C. Transfer of Your Rights and Duties | 7 |
|  | D. Cancellation | 8 |
|  | E. Sole Representative | 8 |

Important:     This Quick Reference is not part of the Workers Compensation and Employers Liability Policy and does not provide coverage.  Refer to the Workers Compensation and Employers Liability Policy itself for actual contractual provisions.

PLEASE READ THE WORKERS COMPENSATION AND EMPLOYERS LIABILITY POLICY CAREFULLY.

## WORKERS COMPENSATION AND EMPLOYERS LIABILITY INSURANCE POLICY

In return for the payment of the premium and subject to all terms of this policy, we agree with you as follows:

## GENERAL SECTION

**A. The Policy**

This policy includes at its effective date the Information Page and all endorsements and schedules listed there. It is a contract of insurance between you (the employer named in Item 1 of the Information Page) and us (the insurer named on the Information Page). The only agreements relating to this insurance are stated in this policy. The terms of this policy may not be changed or waived except by endorsement issued by us to be part of this policy.

**B. Who is Insured**

You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership, and if you are one of its partners, you are insured, but only in your capacity as an employer of the partnership's employees.

**C. Workers Compensation Law**

Workers Compensation Law means the workers or workmen's compensation law and occupational disease law of each state or territory named in Item 3.A. of the Information Page. It includes any amendments to that law which are in effect during the policy period. It does not include any federal workers or workmen's compensation law, any federal occupational disease law or the provisions of any law that provide nonoccupational disability benefits.

**D. State**

State means any state of the United States of America, and the District of Columbia.

**E. Locations**

This policy covers all of your workplaces listed in Items 1 or 4 of the Information Page; and it covers all other workplaces in Item 3.A. states unless you have other insurance or are self-insured for such workplaces.

## PART ONE – WORKERS COMPENSATION INSURANCE

**A. How This Insurance Applies**

This workers compensation insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.
1. Bodily injury by accident must occur during the policy period.
2. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

**B. We Will Pay**

We will pay promptly when due the benefits required of you by the workers compensation law.

**C. We Will Defend**

We have the right and duty to defend at our expense any claim, proceeding or suit against you for benefits payable by this insurance. We have the right to investigate and settle these claims, proceedings or suits.
We have no duty to defend a claim, proceeding or suit that is not covered by this insurance.

**D. We Will Also Pay**

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding or suit we defend:
1. reasonable expenses incurred at our request, but not loss of earnings;
2. premiums for bonds to release attachments and for appeal bonds in bond amounts up to the amount payable under this insurance;
3. litigation costs taxed against you;

© 2013 Liberty Mutual Insurance
Contains copyrighted materials of the National Council on Compensation
Insurance, Inc., used with its permission.

4.  interest on a judgment as required by law until we offer the amount due under this insurance; and
5.  expenses we incur.

## E. Other Insurance

We will not pay more than our share of benefits and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that may apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance will be equal until the loss is paid.

## F. Payments You Must Make

You are responsible for any payments in excess of the benefits regularly provided by the workers compensation law including those required because:
1.  of your serious and willful misconduct;
2.  you knowingly employ an employee in violation of law;
3.  you fail to comply with a health or safety law or regulation; or
4.  you discharge, coerce or otherwise discriminate against any employee in violation of the workers compensation law.

If we make any payments in excess of the benefits regularly provided by the workers compensation law on your behalf, you will reimburse us promptly.

## G. Recovery From Others

We have your rights, and the rights of persons entitled to the benefits of this insurance, to recover our payments from anyone liable for the injury. You will do everything necessary to protect those rights for us and to help us enforce them.

## H. Statutory Provisions

These statements apply where they are required by law.
1.  As between an injured worker and us, we have notice of the injury when you have notice.
2.  Your default or the bankruptcy or insolvency of you or your estate will not relieve us of our duties under this insurance after an injury occurs.
3.  We are directly and primarily liable to any person entitled to the benefits payable by this insurance. Those persons may enforce our duties; so may an agency authorized by law. Enforcement may be against us or against you and us.
4.  Jurisdiction over you is jurisdiction over us for purposes of the workers compensation law. We are bound by decisions against you under that law, subject to the provisions of this policy that are not in conflict with that law.
5.  This insurance conforms to the parts of the workers compensation law that apply to:
    a.  benefits payable by this insurance;
    b.  special taxes, payments into security or other special funds, and assessments payable by us under that law.
6.  Terms of this insurance that conflict with the workers compensation law are changed by this statement to conform to that law.

Nothing in these paragraphs relieves you of your duties under this policy.

## PART TWO – EMPLOYERS LIABILITY INSURANCE

## A. How This Insurance Applies

This employers liability insurance applies to bodily injury by accident or bodily injury by disease. Bodily injury includes resulting death.
1.  The bodily injury must arise out of and in the course of the injured employee's employment by you.
2.  The employment must be necessary or incidental to your work in a state or territory listed in Item 3.A. of the Information Page.
3.  Bodily injury by accident must occur during the policy period.

4. Bodily injury by disease must be caused or aggravated by the conditions of your employment. The employee's last day of last exposure to the conditions causing or aggravating such bodily injury by disease must occur during the policy period.

5. If you are sued, the original suit and any related legal actions for damages for bodily injury by accident or by disease must be brought in the United States of America, its territories or possessions, or Canada.

## B.  We Will Pay

We will pay all sums that you legally must pay as damages because of bodily injury to your employees, provided the bodily injury is covered by this Employers Liability Insurance.

The damages we will pay, where recovery is permitted by law, include damages:

1. For which you are liable to a third party by reason of a claim or suit against you by that third party to recover the damages claimed against such third party as a result of injury to your employee;

2. For care and loss of services; and

3. For consequential bodily injury to a spouse, child, parent, brother or sister of the injured employee; provided that these damages are the direct consequence of bodily injury that arises out of and in the course of the injured employee's employment by you; and

4. Because of bodily injury to your employee that arises out of and in the course of employment, claimed against you in a capacity other than as employer.

## C.  Exclusions

This insurance does not cover:

1. Liability assumed under a contract. This exclusion does not apply to a warranty that your work will be done in a workmanlike manner;

2. Punitive or exemplary damages because of bodily injury to an employee employed in violation of law;

3. Bodily injury to an employee while employed in violation of law with your actual knowledge or the actual knowledge of any of your executive officers;

4. Any obligation imposed by a workers compensation, occupational disease, unemployment compensation, or disability benefits law, or any similar law;

5. Bodily injury intentionally caused or aggravated by you;

6. Bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America or Canada who is temporarily outside these countries;

7. Damages arising out of coercion, criticism, demotion, evaluation, reassignment, discipline, defamation, harassment, humiliation, discrimination against or termination of any employee, or any personnel practices, policies, acts or omissions;

8. Bodily injury to any person in work subject to the Longshore and Harbor Workers' Compensation Act (33 U.S.C. Sections 901 et seq.), the Nonappropriated Fund Instrumentalities Act (5 U.S.C. Sections 8171 et seq.), the Outer Continental Shelf Lands Act (43 U.S.C. Sections 1331 et seq.), the Defense Base Act (42 U.S.C. Sections 1651–1654), the Federal Mine Safety and Health Act (30 U.S.C. Sections 801 et seq. and 901-944), any other federal workers or workmen's compensation law or other federal occupational disease law, or any amendments to these laws;

9. Bodily injury to any person in work subject to the Federal Employers' Liability Act (45 U.S.C. Sections 51 et seq.), any other federal laws obligating an employer to pay damages to an employee due to bodily injury arising out of or in the course of employment, or any amendments to those laws;

10. Bodily injury to a master or member of the crew of any vessel, and does not cover punitive damages related to your duty or obligation to provide transportation, wages, maintenance, and cure under any applicable maritime law;

11. Fines or penalties imposed for violation of federal or state law; and

12. Damages payable under the Migrant and Seasonal Agricultural Worker Protection Act (29 U.S.C. Sections 1801 et seq.) and under any other federal law awarding damages for violation of those laws or regulations issued thereunder, and any amendments to those laws.

## D.  We Will Defend

We have the right and duty to defend, at our expense, any claim, proceeding or suit against you for damages payable by this insurance. We have the right to investigate and settle these claims, proceedings and suits.

We have no duty to defend a claim, proceeding or suit that is not covered by this insurance. We have no duty to defend or continue defending after we have paid our applicable limit of liability under this insurance.

### E. We Will Also Pay

We will also pay these costs, in addition to other amounts payable under this insurance, as part of any claim, proceeding, or suit we defend:

1. Reasonable expenses incurred at our request, but not loss of earnings;
2. Premiums for bonds to release attachments and for appeal bonds in bond amounts up to the limit of our liability under this insurance;
3. Litigation costs taxed against you;
4. Interest on a judgment as required by law until we offer the amount due under this insurance; and
5. Expenses we incur.

### F. Other Insurance

We will not pay more than our share of damages and costs covered by this insurance and other insurance or self-insurance. Subject to any limits of liability that apply, all shares will be equal until the loss is paid. If any insurance or self-insurance is exhausted, the shares of all remaining insurance and self-insurance will be equal until the loss is paid.

### G. Limits of Liability

Our liability to pay for damages is limited. Our limits of liability are shown in Item 3.B. of the Information Page. They apply as explained below.

1. Bodily Injury by Accident. The limit shown for "bodily injury by accident—each accident" is the most we will pay for all damages covered by this insurance because of bodily injury to one or more employees in any one accident.
   A disease is not bodily injury by accident unless it results directly from bodily injury by accident.
2. Bodily Injury by Disease. The limit shown for "bodily injury by disease—policy limit" is the most we will pay for all damages covered by this insurance and arising out of bodily injury by disease, regardless of the number of employees who sustain bodily injury by disease. The limit shown for "bodily injury by disease—each employee" is the most we will pay for all damages because of bodily injury by disease to any one employee.
   Bodily injury by disease does not include disease that results directly from a bodily injury by accident.
3. We will not pay any claims for damages after we have paid the applicable limit of our liability under this insurance.

### H. Recovery From Others

We have your rights to recover our payment from anyone liable for an injury covered by this insurance. You will do everything necessary to protect those rights for us and to help us enforce them.

### I. Actions Against Us

There will be no right of action against us under this insurance unless:

1. You have complied with all the terms of this policy; and
2. The amount you owe has been determined with our consent or by actual trial and final judgment.

This insurance does not give anyone the right to add us as a defendant in an action against you to determine your liability. The bankruptcy or insolvency of you or your estate will not relieve us of our obligations under this Part.

**WC 00 00 00 C**
Ed. 01/01/2015

© 2013 Liberty Mutual Insurance
Contains copyrighted materials of the National Council on Compensation Insurance, Inc., used with its permission.

**WC 99 50 04**
Page 5 of 8

## PART THREE – OTHER STATES INSURANCE

**A.  How This Insurance Applies**
1. This other states insurance applies only if one or more states are shown in Item 3.C. of the Information Page.
2. If you begin work in any one of those states after the effective date of this policy and are not insured or are not self-insured for such work, all provisions of the policy will apply as though that state were listed in Item 3.A. of the Information Page.
3. We will reimburse you for the benefits required by the workers compensation law of that state if we are not permitted to pay the benefits directly to persons entitled to them.
4. If you have work on the effective date of this policy in any state not listed in Item 3.A. of the Information Page, coverage will not be afforded for that state unless we are notified within thirty days.

**B.  Notice**
Tell us at once if you begin work in any state listed in Item 3.C. of the Information Page.

## PART FOUR – YOUR DUTIES IF INJURY OCCURS

Tell us at once if injury occurs that may be covered by this policy. Your other duties are listed here.
1. Provide for immediate medical and other services required by the workers compensation law.
2. Give us or our agent the names and addresses of the injured persons and of witnesses, and other information we may need.
3. Promptly give us all notices, demands and legal papers related to the injury, claim, proceeding or suit.
4. Cooperate with us and assist us, as we may request, in the investigation, settlement or defense of any claim, proceeding or suit.
5. Do nothing after an injury occurs that would interfere with our right to recover from others.
6. Do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

## PART FIVE – PREMIUM

**A.  Our Manuals**
All premium for this policy will be determined by our manuals of rules, rates, rating plans and classifications. We may change our manuals and apply the changes to this policy if authorized by law or a governmental agency regulating this insurance.

**B.  Classifications**
Item 4 of the Information Page shows the rate and premium basis for certain business or work classifications. These classifications were assigned based on an estimate of the exposures you would have during the policy period. If your actual exposures are not properly described by those classifications, we will assign proper classifications, rates and premium basis by endorsement to this policy.

**C.  Remuneration**
Premium for each work classification is determined by multiplying a rate times a premium basis. Remuneration is the most common premium basis. This premium basis includes payroll and all other remuneration paid or payable during the policy period for the services of:
1. all your officers and employees engaged in work covered by this policy; and
2. all other persons engaged in work that could make us liable under Part One (Workers Compensation Insurance) of this policy. If you do not have payroll records for these persons, the contract price for their services and materials may be used as the premium basis. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured their workers compensation obligations.

**D. Premium Payments**

You will pay all premium when due. You will pay the premium even if part or all of a workers compensation law is not valid.

**E. Final Premium**

The premium shown on the Information Page, schedules, and endorsements is an estimate. The final premium will be determined after this policy ends by using the actual, not the estimated, premium basis and the proper classifications and rates that lawfully apply to the business and work covered by this policy. If the final premium is more than the premium you paid to us, you must pay us the balance. If it is less, we will refund the balance to you. The final premium will not be less than the highest minimum premium for the classifications covered by this policy.

If this policy is canceled, final premium will be determined in the following way unless our manuals provide otherwise:

1. If we cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.
2. If you cancel, final premium will be more than pro rata; it will be based on the time this policy was in force, and increased by our short-rate cancelation table and procedure. Final premium will not be less than the minimum premium.

**F. Records**

You will keep records of information needed to compute premium. You will provide us with copies of those records when we ask for them.

**G. Audit**

You will let us examine and audit all your records that relate to this policy. These records include ledgers, journals, registers, vouchers, contracts, tax reports, payroll and disbursement records, and programs for storing and retrieving data. We may conduct the audits during regular business hours during the policy period and within three years after the policy period ends. Information developed by audit will be used to determine final premium. Insurance rate service organizations have the same rights we have under this provision.

## PART SIX – CONDITIONS

**A. Inspection**

We have the right, but are not obliged to inspect your workplaces at any time. Our inspections are not safety inspections. They relate only to the insurability of the workplaces and the premiums to be charged. We may give you reports on the conditions we find. We may also recommend changes. While they may help reduce losses, we do not undertake to perform the duty of any person to provide for the health or safety of your employees or the public. We do not warrant that your workplaces are safe or healthful or that they comply with laws, regulations, codes or standards. Insurance rate service organizations have the same rights we have under this provision.

**B. Long Term Policy**

If the policy period is longer than one year and sixteen days, all provisions of this policy will apply as though a new policy were issued on each annual anniversary that this policy is in force.

**C. Transfer of Your Rights and Duties**

Your rights or duties under this policy may not be transferred without our written consent.

If you die and we receive notice within thirty days after your death, we will cover your legal representative as insured.

**WC 00 00 00 C**
Ed. 01/01/2015

© 2013 Liberty Mutual Insurance
Contains copyrighted materials of the National Council on Compensation
Insurance, Inc., used with its permission.

**WC 99 50 04**
Page 7 of 8

**D.  Cancelation**

1.  You may cancel this policy. You must mail or deliver advance written notice to us stating when the cancelation is to take effect.

2.  We may cancel this policy. We must mail or deliver to you not less than ten days advance written notice stating when the cancelation is to take effect. Mailing that notice to you at your mailing address shown in Item 1 of the Information Page will be sufficient to prove notice.

3.  The policy period will end on the day and hour stated in the cancelation notice.

4.  Any of these provisions that conflict with a law that controls the cancelation of the insurance in this policy is changed by this statement to comply with the law.

**E.  Sole Representative**

The insured first named in Item 1 of the Information Page will act on behalf of all insureds to change this policy, receive return premium, and give or receive notice of cancelation.

In witness whereof, Employers Insurance Company of Wausau has caused this policy to be signed by its President and its Secretary.

SECRETARY                    PRESIDENT

**WC 00 00 00 C**
Ed. 01/01/2015

© 2013 Liberty Mutual Insurance
Contains copyrighted materials of the National Council on Compensation
Insurance, Inc., used with its permission.

**WC 99 50 04**
Page 8 of 8

**WORKERS COMPENSATION AND EMPLOYERS LIABILITY
INSURANCE POLICY**

**INFORMATION PAGE**



**Liberty Mutual.**
INSURANCE
175 Berkeley Street  Boston, MA 02116

Issued by Employers Insurance Company of Wausau  (a stock company) 15555

| | | | |
|---|---|---|---|
| Policy Number | WCC-Z91-475082-033 | Issuing Office | Warrenville, IL |
| New | | Issue Date | 03/17/2023 |
| Account Number | 9-475082 | Sub Account | 0000 |

1.  Insured and Mailing Address
    Texcon Holdings Inc.
    20783 FM 1314
    Porter TX 77365

    FEIN        49-4662920

    Risk ID      421695199

    Association  9004

    Status  Corporation
    Other workplaces not shown above: See Item 4. Premium - Extension of Information Page

2.  Policy Period: The policy period is from 03/02/2023 to 03/02/2024 12:01 A.M. standard time at the Insured's mailing address.

3.  Coverage
    A.  Workers Compensation Insurance: Part One of the policy applies to the Workers Compensation Law of the states listed here:    TX

    B.  Employers Liability Insurance: Part Two of the policy applies to work in each state listed in Item 3.A.  The limits of our liability under Part Two are:
    
    |  |  |  |  |
    |---|---|---|---|
    | Bodily Injury by Accident | $ | 1,000,000 | each accident |
    | Bodily Injury by Disease | $ | 1,000,000 | policy limit |
    | Bodily Injury by Disease | $ | 1,000,000 | each employee |

    C.  Other States Insurance: Part Three of the policy applies to the states, if any, listed here:
    All States except those listed in Item 3.A and the States of:
    ND OH WA WY

    D.  This policy includes these endorsements and schedules:  See Item 3. Coverage D - Extension of Information Page

4.  Premium:  The premium for this policy will be determined by our Manuals of Rules, Classifications, Rates and Rating Plans.  All information required below is subject to verification and change by audit.

| Classifications | Code Number | Premium Basis Total Estimated Annual Remuneration | Rate per $100 of Remuneration | Estimated Annual Premium |
|---|---|---|---|---|
| | | See Extension of Information Page | | |
| Minimum Premium | $250  (TX) | Total Estimated Annual Premium | $ | 294,128 |
| Premium will be billed Monthly | | Deposit Premium | $ | 294,128 |

Producer  0073  005986
ALLIANT INSURANCE SERVICES INC
2000 WEST LOOP S STE 2150
HOUSTON TX 770273571

Employers Insurance Company of Wausau

Item 3. Coverage D – Extension of Information Page

**Miscellaneous Form and Endorsement Schedule**

| Policy Notices and Applications |
|---|

| **Form Number** | **Form Name** |
|---|---|
| SNW 42 03 05 20 | Have a Workers' Compensation Complaint Or Need Help? |
| SNW 04 14 01 23 | Liberty Mutual Privacy Notice - California |
| CNW 90 01 05 10 | Important Contractor Notice |
| CNW 90 15 09 22 | Sanction Notice |
| GPO 4756 R5 | Liberty Mutual WC Privacy Practices Disclosure Notice |
| SNW 42 01 10 13 | Texas Risk Control Services |

| Policy Schedules |
|---|

| **Form Number** | **Form Name** |
|---|---|
| CNI 90 02 07 11 | Notice |
| WC 00 00 00 C | Workers Compensation And Employers Liability Insurance Policy Jacket |
| WC 00 00 01 A | Information Page |
| GPO 4741 | Miscellaneous Form and Endorsement Schedule |
| PA 505 | Premium Summary Report by State |
| GPO 2923 | Item 4. Premium - Extension of Information Page |
| GPO 4162 R1 | Named Insured Link Schedule |

| Policy Endorsements |
|---|

| **Form Number** | **Form Name** | **Comments** |
|---|---|---|
| WC 00 03 02 | Designated Workplaces Exclusion Endorsement | |
| WC 00 04 06 | Premium Discount | |
| WC 00 04 14 A | 90-Day Reporting Requirement - Notification of Change in Ownership | |
| WC 00 04 21 F | Catastrophe (Other Than Certified Acts of Terrorism) Premium | |
| WC 00 04 22 C | Terrorism Risk Insurance Program Reauthorization Act Disclosure | |
| WC 00 04 25 | Experience Rating Modification Factor Revision | |
| WC 42 03 01 J | Texas Amendatory | |
| WC 42 03 04 B | Texas Waiver of Our Right to Recover From Others | |
| WC 42 04 07 | Texas - Audit Premium and Retrospective Premium | |

Policy No. WCC-Z91-475082-033

GPO 4741
Ed.01/01/2001

WC 00 00 01 A

Employers Insurance Company of Wausau

Item 3. Coverage D - Extension of Information Page

**Miscellaneous Form and Endorsement Schedule**

Continued:

| Policy Endorsements | | |
|---|---|---|
| **Form Number** | **Form Name** | **Comments** |
| WC 42 06 01 | Texas Notice of Material Change Endorsement | |
| WC 99 20 54 | Participating Provision | |

## State Premium Summary

| State | Payroll Exposure | Total Premium | Assessment & Surcharge |
|---|---|---|---|
| Texas | 5,625,000 | 294,128 | 0 |
| Totals | 5,625,000 | 294,128 | 0 |

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| **Texcon Holdings Inc.** | | | | |
| **Texas** | | | | |
| **Period: 03/02/2023 - 05/29/2023** | | | | |
| **Porter: 20783 FM 1314 77365** | | | | |
| Concrete or Cement Work & Drivers | 5200 | 841,530 | 3.40 | 28,612 |
| Excavation NOC & Drivers | 6219 | 120,219 | 4.27 | 5,133 |
| Concrete Ready Mix Dealer-Preparation and Delivery | 8234 | 120,219 | 5.01 | 6,023 |
| Construction-Jobsite Salespersons and Estimators | 8720 | 30,055 | .21 | 63 |
| Clerical Office Employees NOC | 8810 | 240,437 | .11 | 264 |
| **Manual Premium** | | | | **$40,095** |
| Waiver of Subrogation Premium | 0930 | | | 802 |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 561 |
| Experience Modification (1.51 FNL) | 9898 | d) 41,458 | | 21,144 |
| **Modified Premium** | | | | **$62,602** |
| Schedule Rating | 9889 | | .13 | 8,138 |
| **Standard Premium** | | | | **$70,740** |
| Premium Discount | 0063 | | .1102 | (7,798) |
| Expense Constant | 0900 | | | 200 |
| Terrorism | 9740 | 1,352,460 | .023 | 311 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 1,352,460 | .01 | 135 |
| **Estimated Premium** | | | | **$63,588** |
| **Period: 05/29/2023 - 03/02/2024** | | | | |

Policy No. WCC-Z91-475082-033                                        Page No.    1

GPO 2923                                                              WC 00 00 01 A
Ed. 01/01/2001

Item 4. Premium - Extension of Information Page

| Classification of Operations | | Premium Basis | Rate | |
|---|---|---|---|---|
| Entries in this item, except as specifically provided elsewhere in this policy, do not modify any of the other provisions of this policy. | Class Code | Payroll - Unless otherwise indicated a) Flat Charge b) Per Capita c) Passenger Seat d) Premium e) Other | Payroll- Per $100 | Estimated Premium |
| Continued: | | | | |
| **Texcon Holdings Inc.** | | | | |
| **Texas** | | | | |
| **Period: 05/29/2023 - 03/02/2024** | | | | |
| **Porter: 20783 FM 1314 77365** | | | | |
| Concrete or Cement Work & Drivers | 5200 | 2,658,470 | 3.40 | 90,388 |
| Excavation NOC & Drivers | 6219 | 379,781 | 4.27 | 16,217 |
| Concrete Ready Mix Dealer-Preparation and Delivery | 8234 | 379,781 | 5.01 | 19,027 |
| Construction-Jobsite Salespersons and Estimators | 8720 | 94,945 | .21 | 199 |
| Clerical Office Employees NOC | 8810 | 759,563 | .11 | 836 |
| **Manual Premium** | | | | **$126,667** |
| Waiver of Subrogation Premium | 0930 | | | 2,533 |
| Employers Liability Increased Limits Premium | 9812 | | .014 | 1,773 |
| Experience Modification(1.74 FNL) | 9898 | d) 130,973 | | 96,920 |
| **Modified Premium** | | | | **$227,893** |
| Schedule Rating | 9889 | | .13 | 29,626 |
| **Standard Premium** | | | | **$257,519** |
| Premium Discount | 0063 | | .1102 | (28,389) |
| Terrorism | 9740 | 4,272,540 | .023 | 983 |
| Catastrophe (other than Certified Acts of Terrorism) | 9741 | 4,272,540 | .01 | 427 |
| **Estimated Premium** | | | | **$230,540** |
| **Total Premium for Texcon Holdings Inc.** | | | | **$294,128** |

GPO 2923
Ed. 01/01/2001

WC 00 00 01 A

## NAMED INSURED LINK SCHEDULE

| Name Link Code | Insured Name/Location | City | State | Zip |
|---|---|---|---|---|
| 001 | Texcon Holdings Inc. | | | |
| 001 | Telephone Number:  (281) 572-1712 | | | |
| 001 | FEIN:  49-4662920 | | | |
| 001 | Legal Status:  Corporation | | | |
| 001 | 20783 FM 1314 | Porter | TX | 77365 |

Policy No. WCC-Z91-475082-033

**GPO 4162 R1**
Page   1 of   1
Ed. 11/01/2004

**DESIGNATED WORKPLACES EXCLUSION ENDORSEMENT**

This policy does not cover work conducted at or from

All locations and operations subject to a wrap-up insurance program or other consolidated insurance program.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC–Z91-475082-033    Effective Date    Premium $

Issued to    Texcon Holdings Inc.

**WC 00 03 02**
Ed. 04/1984

© 1983 National Council on Compensation Insurance.    Page 1 of 1

**PREMIUM DISCOUNT ENDORSEMENT**

The premium for this policy and the policies, if any, listed in Item 3 of the Schedule may be eligible for a discount. This endorsement shows your estimated discount in Items 1 or 2 of the Schedule.  The final calculation of premium discount will be determined by our manuals and your premium basis as determined by audit.  Premium subject to retrospective rating is not subject to premium discount.

Schedule

1.   Policy Numbers                                        Estimated Eligible Premium

Total $

2.   Average percentage discount:          %          SEE SCHEDULE GPO 2923

3.   If there are no entries in Items 1. and 2. of the Schedule see the Premium Discount Endorsement attached to your policy number:

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033        Effective Date                    Premium $

Issued to    Texcon Holdings Inc.

**90-DAY REPORTING REQUIREMENT—**
**NOTIFICATION OF CHANGE IN OWNERSHIP ENDORSEMENT**

You must report any change in ownership to us in writing within 90 days of the date of the change. Change in ownership includes sales, purchases, other transfers, mergers, consolidations, dissolutions, formations of a new entity, and other changes provided for in the applicable experience rating plan. Experience rating is mandatory for all eligible insureds. The experience rating modification factor, if any, applicable to this policy, may change if there is a change in your ownership or in that of one or more of the entities eligible to be combined with you for experience rating purposes.

Failure to report any change in ownership, regardless of whether the change is reported within 90 days of such change, may result in revision of the experience rating modification factor used to determine your premium.

This reporting requirement applies regardless of whether an experience rating modification is currently applicable to this policy.

Not Applicable in California and New Jersey

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033      Effective Date              Premium $

Issued to    Texcon Holdings Inc.                                         Endorsement No.

**WC 00 04 14 A**          © Copyright 2017 National Council on Compensation Insurance, Inc.          Page 1 of 1
Ed. 01/01/2019                      All Rights Reserved.

**CATASTROPHE (OTHER THAN CERTIFIED ACTS OF TERRORISM) PREMIUM ENDORSEMENT**

This endorsement is notification that we are charging premium to cover the losses that may occur in the event of a Catastrophe (Other Than Certified Acts of Terrorism) as that term is defined below. Your policy provides coverage for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism). Coverage for such losses is subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations. This premium charge does not provide funding for Certified Acts of Terrorism contemplated under the Terrorism Risk Insurance Program Reauthorization Act Disclosure Endorsement attached to this policy.

For purposes of this endorsement, Catastrophe (Other Than Certified Acts of Terrorism) is defined as: A single event or peril resulting in a group of claims with aggregate workers compensation losses in excess of $50 million. This $50 million threshold applies per occurrence, across all states for which claims arise from a single event or peril.

The premium charge for the coverage your policy provides for workers compensation losses caused by a Catastrophe (Other Than Certified Acts of Terrorism) is shown in Item 4 of the Information Page or in the Schedule below.

**Schedule**

| State | Rate | Premium |
|---|---|---|
| | | See Attached Premium Schedule GPO 2923 |

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033    Effective Date    Premium $

Issued to    Texcon Holdings Inc.    Endorsement No.

**WC 00 04 21 F**
Ed. 07/01/2022

© Copyright 2021 National Council on Compensation Insurance, Inc.
All Rights Reserved.

Page 1 of 1

**TERRORISM RISK INSURANCE PROGRAM REAUTHORIZATION ACT
DISCLOSURE ENDORSEMENT**

This endorsement addresses the requirements of the Terrorism Risk Insurance Act of 2002 as amended and extended by the Terrorism Risk Insurance Program Reauthorization Act of 2019. It serves to notify you of certain limitations under the Act, and that your insurance carrier is charging premium for losses that may occur in the event of an Act of Terrorism.

Your policy provides coverage for workers compensation losses caused by Acts of Terrorism, including workers compensation benefit obligations dictated by state law. Coverage for such losses is still subject to all terms, definitions, exclusions, and conditions in your policy, and any applicable federal and/or state laws, rules, or regulations.

## Definitions
The definitions provided in this endorsement are based on and have the same meaning as the definitions in the Act. If words or phrases not defined in this endorsement are defined in the Act, the definitions in the Act will apply.

"Act" means the Terrorism Risk Insurance Act of 2002, which took effect on November 26, 2002, and any amendments thereto, including any amendments resulting from the Terrorism Risk Insurance Program Reauthorization Act of 2019.

"Act of Terrorism" means any act that is certified by the Secretary of the Treasury, in consultation with the Secretary of Homeland Security, and the Attorney General of the United States, as meeting all of the following requirements:

    a. The act is an act of terrorism.

    b. The act is violent or dangerous to human life, property, or infrastructure.

    c. The act resulted in damage within the United States, or outside of the United States in the case of the premises of United States missions or certain air carriers or vessels.

    d. The act has been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

"Insured Loss" means any loss resulting from an act of terrorism (and, except for Pennsylvania, including an act of war, in the case of workers compensation) that is covered by primary or excess property and casualty insurance issued by an insurer if the loss occurs in the United States or at the premises of United States missions or to certain air carriers or vessels.

"Insurer Deductible" means, for the period beginning on January 1, 2021, and ending on December 31, 2027, an amount equal to 20% of our direct earned premiums during the immediately preceding calendar year.

## Limitation of Liability
The Act limits our liability to you under this policy. If aggregate Insured Losses exceed $100,000,000,000 in a calendar year and if we have met our Insurer Deductible, we are not liable for the payment of any portion of the amount of Insured Losses that exceeds $100,000,000,000; and for aggregate Insured Losses up to $100,000,000,000, we will pay only a pro rata share of such Insured Losses as determined by the Secretary of the Treasury.

© Copyright 2020 National Council on Compensation Insurance, Inc.
All Rights Reserved.

**Policyholder Disclosure Notice**

1. Insured Losses would be partially reimbursed by the United States Government. If the aggregate industry Insured Losses occurring in any calendar year exceed $200,000,000, the United States Government would pay 80% of our Insured Losses that exceed our Insurer Deductible.

2. Notwithstanding item 1 above, the United States Government will not make any payment under the Act for any portion of Insured Losses that exceed $100,000,000,000.

3. The premium charge for the coverage your policy provides for Insured Losses is included in the amount shown in Item 4 of the Information Page or in the Schedule below.

.

**Schedule**

| State | Rate | Premium |
|-------|------|---------|

.

Not applicable in Florida.

This endorsement changes the policy to which it is attached and is effective on the date issued unless otherwise stated.

**(The information below is required only when this endorsement is issued subsequent to preparation of the policy.)**

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033    Effective Date    Premium $

Issued to    Texcon Holdings Inc.    Endorsement No.

**WC 00 04 22 C**
Ed. 01/01/2021

© Copyright 2020 National Council on Compensation Insurance, Inc.
All Rights Reserved.

**EXPERIENCE RATING MODIFICATION FACTOR REVISION ENDORSEMENT**

This endorsement is added to Part Five—Premium of the policy.

The premium for the policy is adjusted by an experience rating modification factor. The factor shown on the Information Page may be revised and applied to the policy in accordance with our manuals and endorsements. We will issue an endorsement to show the revised factor, if different from the factor shown, when it is calculated.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033          Effective Date                    Premium $

Issued to     Texcon Holdings Inc.

**WC 00 04 25**
Ed. 05/01/2017

© Copyright 2016 National Council on Compensation Insurance, Inc.
All Rights Reserved.

## TEXAS AMENDATORY ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

**GENERAL SECTION**
B. **Who Is Insured** is amended to read:
   You are insured if you are an employer named in Item 1 of the Information Page. If that employer is a partnership or joint venture, and if you are one of its partners or members, you are insured, but only in your capacity as an employer of the partnership's or joint venture's employees.

D. **State** is amended to read:
   State means any state or territory of the United States of America, and the District of Columbia.

**PART ONE—WORKERS COMPENSATION INSURANCE**
E. **Other Insurance** is amended by adding this sentence:
   This Section only applies if you have other insurance or are self-insured for the same loss.

F. **Payments You Must Make**
   This Section is amended by deleting the words "workers compensation" from number 4.

H. **Statutory Provisions**
   This Section is amended by deleting the words "after an injury occurs" from number 2.

**PART TWO—EMPLOYERS LIABILITY INSURANCE**
C. **Exclusions**
   Sections 2 and 3 are amended to add:
   This exclusion does not apply unless the violation of law caused or contributed to the bodily injury.

   Section 6 is amended to read:
   6. bodily injury occurring outside the United States of America, its territories or possessions, and Canada. This exclusion does not apply to bodily injury to a citizen or resident of the United States of America, Mexico or Canada who is temporarily outside these countries.

D. **We Will Defend**
   This Section is amended by deleting the last sentence.

**PART FOUR—YOUR DUTIES IF INJURY OCCURS**
Number 6 of this part is amended to read:
6.   Texas law allows you to make weekly payments to an injured employee in certain instances. Unless authorized by law, do not voluntarily make payments, assume obligations or incur expenses, except at your own cost.

**PART FIVE—PREMIUM**
A. **Our Manuals** is amended by adding this sentence:
   In this part, "our manuals" means manuals approved or prescribed by the Texas Department of Insurance.

C. **Remuneration**
   Number 2 is amended to read:
   2. All other persons engaged in work that would make us liable under Part One (Workers Compensation Insurance) of this policy. This paragraph 2 will not apply if you give us proof that the employers of these persons lawfully secured workers compensation insurance.

E. **Final Premium**
Number 2 is amended to read:
2. If you cancel, final premium will be calculated pro rata based on the time this policy was in force. Final premium will not be less than the pro rata share of the minimum premium.

## PART SIX—CONDITIONS

A. **Inspection** is amended by adding this sentence:
Your failure to comply with the safety recommendations made as a result of an inspection may cause the policy to be canceled by us.

C. **Transfer of Your Rights and Duties** is amended to read:
Your rights and duties under this policy may not be transferred without our written consent. If you die, coverage will be provided for your surviving spouse or your legal representative. This applies only with respect to their acting in the capacity as an employer and only for the workplaces listed in Items 1 and 4 on the Information Page.

D. **Cancelation** is amended to read:
1. You may cancel this policy. You must mail or deliver advance notice to us stating when the cancelation is to take effect.

2. We may cancel this policy. We may also decline to renew it. We must give you written notice of cancelation or nonrenewal. That notice will be sent certified mail or delivered to you in person. A copy of the written notice will be sent to the Texas Department of Insurance—Division of Workers' Compensation.

3. Notice of cancelation or nonrenewal must be sent to you not later than the 30th day before the date on which the cancelation or nonrenewal becomes effective, except that we may send the notice not later than the 10th day before the date on which the cancelation or nonrenewal becomes effective if we cancel or do not renew because of:
   a. Fraud in obtaining coverage;
   b. Misrepresentation of the amount of payroll for purposes of premium calculation;
   c. Failure to pay a premium when payment was due;
   d. An increase in the hazard for which you seek coverage that results from an action or omission and that would produce an increase in the rate, including an increase because of failure to comply with reasonable recommendations for loss control or to comply within a reasonable period with recommendations designed to reduce a hazard that is under your control;
   e. A determination by the Commissioner of Insurance that the continuation of the policy would place us in violation of the law, or would be hazardous to the interests of subscribers, creditors, or the general public.

4. If another insurance company notifies the Texas Department of Insurance—Division of Workers' Compensation that it is insuring you as an employer, such notice must be a cancelation of this policy effective when the other policy starts.

Add the following to the policy:
## PART SEVEN—OUR DUTY TO YOU FOR CLAIM NOTIFICATION

A. **Claims Notification**
We are required to notify you of any claim that is filed against your policy. Thereafter we must notify you of any proposal to settle a claim or, on receipt of a written request from you, of any administrative or judicial proceeding relating to the resolution of a claim, including a benefit review conference conducted by the Texas Department of Insurance—Division of Workers' Compensation. You may, in writing, elect to waive this notification requirement.

We must, on the written request from you, provide you with a list of claims charged against your policy, payments made and reserves established on each claim, and a statement explaining the effect of claims on your premium rates. We must furnish the requested information to you in writing no later than the 30th day after the date we receive your request. The information is considered to be provided on the date the information is received by the United States Postal Service or is personally delivered.

© 2020 National Council on Compensation Insurance, Inc.
All Rights Reserved.

**COMPLAINT NOTICE:**

**DISPUTE RESOLUTION SERVICES**

**NCCI'S DISPUTE RESOLUTION PROCESS DOES NOT APPLY TO WORKERS COMPENSATION CLAIMS.**

**For workers compensation claim disputes, see "CLAIM COMPLAINT" below. For issues related to a violation of law related to your policy, see "VIOLATIONS OF LAW" below.**

**Important Note:** The dispute resolution services provided through the Dispute Resolution Process (Process) of the National Council on Compensation Insurance (NCCI) are **voluntary.** The Process is not an administrative remedy that must be exhausted before you pursue relief in court. Using the Process does not prevent you or the carrier that issued the policy from pursuing any available legal remedies at any time.

NCCI can assist in the resolution of a dispute regarding your policy that is related to any of the following matters:

- The application or interpretation of rules contained in the various NCCI manuals (including, but not limited to, classification codes and experience rating modifications)
- Rating programs
- Endorsements
- Forms

Contact the carrier that issued the policy and attempt to resolve the dispute directly. If you and the carrier cannot agree, then contact NCCI to ask for assistance. NCCI's *Basic Manual* addresses dispute resolution in Appendix G. You may obtain dispute resolution services only after you have made a reasonable attempt to first resolve the dispute directly with the carrier and after you have paid any undisputed premium due to the carrier.

Send your request for assistance by mail to NCCI, Dispute Resolution Services, 901 Peninsula Corporate Circle, Boca Raton, FL 33487-1362; or by fax to 561-893-5043; or by email to regulatoryoperations@ncci.com.

**THIS NOTICE OF THE DISPUTE RESOLUTION PROCESS IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART, TERM, OR CONDITION OF THIS POLICY.**

**VIOLATIONS OF LAW:**

If you believe there has been a violation of law related to your policy, file a complaint with the Texas Department of Insurance:

**Phone:** 1-800-252-3439  **Online:** tdi.texas.gov
**Email:** ConsumerProtection@tdi.texas.gov  **Mail:** MC 111-1A, PO Box 149091, Austin, TX  78714

**CLAIM COMPLAINT:**

If there is a workers compensation claim complaint involving one of your employees, then contact the Texas Department of Insurance—Division of Workers' Compensation, Compliance and Investigations by mail to 7551 Metro Center Drive, Suite 100, MS-8, Austin, TX 78744; or by fax to 512-490-1030; or by email to DWC-ComplianceReview@tdi.texas.gov.

**THIS NOTICE IS FOR INFORMATION ONLY AND DOES NOT BECOME A PART, TERM, OR CONDITION OF THIS POLICY.**

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033    Effective Date    Premium $

Issued to    Texcon Holdings Inc.    Endorsement No.

**TEXAS WAIVER OF OUR RIGHT TO RECOVER FROM OTHERS ENDORSEMENT**

This endorsement applies only to the insurance provided by the policy because Texas is shown in Item 3.A. of the Information Page.

We have the right to recover our payments from anyone liable for an injury covered by this policy. We will not enforce our right against the person or organization named in the Schedule, but this waiver applies only with respect to bodily injury arising out of the operations described in the Schedule where you are required by a written contract to obtain this waiver from us.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

The premium for this endorsement is shown in the Schedule.

Schedule

1. ( )  Specific Waiver
   Name of person or organization

   (X)  Blanket Waiver
   Any person or organization for whom the Named Insured has agreed by written contract to furnish this waiver.

2. Operations:
   All Texas Operations

3. Premium:
   The premium charge for this endorsement shall be 2.00 percent of the premium developed on payroll in connection with work performed for the above person(s) or organization(s) arising out of the operations described.

4. Advance Premium:

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033        Effective Date              Premium $

Issued to    Texcon Holdings Inc.                                                        Endorsement No.

**WC 42 03 04 B**              © Copyright 2014 National Council on Compensation Insurance, Inc.              Page 1 of 1
Ed. 06/01/2014                                      All Rights Reserved.

**TEXAS - AUDIT PREMIUM AND
RETROSPECTIVE PREMIUM ENDORSEMENT**

Section D of Part Five of the policy is replaced by the following provision:

**PART FIVE -PREMIUM**

D.   **Premium Payments**

You will pay all premium when due.  You will pay the premium even if part or all of a workers' compensation law is not valid.  The billing statement or invoice for audit additional premiums and/or retrospective additional premiums establishes the date that the premium is due.

Issued by     Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033          Effective Date                    Premium $

Issued to     Texcon Holdings Inc.                                                        Endorsement No.

**WC 42 04 07**                                                                      Page 1 of  1
Ed. 03/23/2002

### TEXAS NOTICE OF MATERIAL CHANGE ENDORSEMENT

This endorsement applies only to the insurance provided by the policy because Texas is shown in item 3.A. of the Information Page.

In the event of cancelation or other material change of the policy, we will mail advance notice to the person or organization named in the Schedule. The number of days advance notice is shown in the Schedule.

This endorsement shall not operate directly or indirectly to benefit anyone not named in the Schedule.

### Schedule

1. Number of days advance notice:    30

2. Notice will be mailed to:    Per Schedule on file with the Company

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC–Z91-475082-033    Effective Date    Premium $

Issued to    Texcon Holdings Inc.    Endorsement No.

**WC 42 06 01**
Ed. 07/01/1984

Page 1 of  1

**PARTICIPATING PROVISION**

You shall participate in the distribution of surplus funds of the company through any dividends that may be declared for this Policy.  A declaration or payment of dividends is not guaranteed.  The amount of any dividends that may be declared shall be to the extent, and upon the conditions fixed and determined by the Board of Directors and in compliance with any laws that apply.

Texas:
The named insured shall be entitled to participate in a distribution of the surplus of the Company, as determined by the Board of Directors from time to time, after approval in accordance with the provisions of the Texas Insurance Code of 1951, as amended.

Issued by    Employers Insurance Company of Wausau 15555

For attachment to Policy No. WCC-Z91-475082-033        Effective Date              Premium $

Issued to    Texcon Holdings Inc.

# EXHIBIT B



P O Box 9502
Dover, NH 03821-9502

```
TEXCON HOLDINGS INC.
20783 FM 1314
PORTER, TX 77365
```

**Liberty Mutual** INSURANCE

P O Box 9502
Dover, NH 03821-9502

October 7, 2024

TEXCON HOLDINGS INC.
20783 FM 1314
PORTER, TX 77365

Account #:  9-475082-0001
Premium Balance:  $157,060.00

Dear Policyholder:

Please review the enclosed documentation regarding important information concerning your account.

Sincerely,

By:  KAYLA ELLIS
Liberty Mutual Insurance Billing and Collections

cc:  ALLIANT INSURANCE SERVICES INC 1330 POST OAK
     HOUSTON, TX 77056



TEXCON HOLDINGS INC.
20783 FM 1314
PORTER, TX 77365

**STATEMENT OF ACCOUNT**
**ACCOUNT NO.** 9-475082-0001
**ISSUE DATE** 10/07/2024

| DATE | INV/EXH | POLICY/EXPLANATION | AMOUNT |
|------|---------|--------------------|--------|
| 05/03/2023 | 14566522 | WCC-Z91-475082-033 Installment | 24,500.86 |
| 05/03/2023 | 99999999 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 05/03/2023 | 99999999 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 05/31/2023 | 14588663 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 06/30/2023 | 14615793 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 07/31/2023 | 14639591 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 08/31/2023 | 14666762 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 10/02/2023 | 14690252 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 10/31/2023 | 14714668 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 11/30/2023 | 14738347 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 01/02/2024 | 14762400 | WCC-Z91-475082-033 Installment | 24,511.56 |
| 02/12/2024 | 14795937 | WCC-Z91-475082-033 Cancellation Audit | 64,050.00 CR |
| 02/12/2024 | 14795937 | WCC-Z91-475082-033 Adjustment to Billing Plan | 48,506.46 CR |

**Total Due**     **$157,060.00**

---

FOR COVERAGE QUESTIONS CALL OR WRITE YOUR LIBERTY MUTUAL INSURANCE OFFICE AT
27201 BELLA VISTA PKWY WARRENVILLE, IL  60555
FOR BILLING QUESTIONS CALL OR WRITE KAYLA ELLIS AT 800-320-7582 EXT. 49857
LIBERTY MUTUAL INSURANCE BILLING AND COLLECTIONS, 100 LIBERTY WAY DOVER NH 03820-1525

PLEASE DETACH CAREFULLY AND SEND WITH PAYMENT



P O Box 9502
Dover, NH 03821-9502

**STATEMENT OF ACCOUNT**

**AMOUNT PAID $**_____

**ACCOUNT NO.** 9-475082-0001
**ISSUE DATE** 10/07/2024

TEXCON HOLDINGS INC.
20783 FM 1314
PORTER, TX 77365

```
LIBERTY MUTUAL INSURANCE
P.O. BOX 91012
CHICAGO, IL 60680-1110
```

7090047508200001000000000000000009101200000000000000001570600008