United States District Court
Southern District of Texas
**ENTERED**
August 26, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| EMPLOYERS INSURANCE COMPANY OF WAUSAU, Plaintiff, | § | CIVIL ACTION NUMBER 4:25-cv-00849 |
| versus | § | JUDGE CHARLES ESKRIDGE |
| TEXCON HOLDINGS, INC, Defendant. | § | |

**ORDER ADOPTING
MEMORANDUM AND RECOMMENDATION**

Plaintiff Employers Insurance Company of Wausau filed a complaint against Defendant Texcon Holdings, Inc asserting suit on a sworn account, breach of contract, and quantum meruit. Dkt 1. It seeks damages equal to the amount of outstanding premiums plus interest, attorney fees, and costs. Id at 4. The matter was referred to Magistrate Judge Yvonne Ho. Dkt 6.

On July 17, 2025, Plaintiff moved for entry of default against Defendant. Dkt 13. On July 25, 2025, default was entered against Defendant. Dkt 14.

Pending is a motion for default judgment by Plaintiff against Defendant. Dkt 17. Plaintiff also seeks prejudgment and post-judgment interest, attorney fees and costs. Id at ¶21.

Judge Ho recommends that the request for default judgment be granted. Dkt 18. She further recommends that Plaintiff be awarded (i) $157,060.00 in damages, (ii) pre-judgment interest beginning February 26, 2025, (iii) post-judgment interest at the rates publishes by the Board of Governors of the Federal Reserve System, (iv) $2,019.00 in attorney fees, and (v) $405.00 in costs.

The district court reviews *de novo* those conclusions of a magistrate judge to which a party has specifically objected. See FRCP 72(b)(3) & 28 USC § 636(b)(1)(C); see also *United States v Wilson*, 864 F2d 1219, 1221 (5th Cir 1989, *per curiam*). The district court may accept any other portions to which there's no objection if satisfied that no clear error appears on the face of the record. See *Guillory v PPG Industries Inc*, 434 F3d 303, 308 (5th Cir 2005), citing *Douglass v United Services Automobile Association*, 79 F3d 1415, 1430 (5th Cir 1996, *en banc)*; see also FRCP 72(b) advisory committee note (1983).

None of the parties filed objections. No clear error otherwise appears upon review and consideration of the Memorandum and Recommendation, the record, and the applicable law.

The Memorandum and Recommendation of the Magistrate Judge is ADOPTED as the Memorandum and Order of this Court. Dkt 18.

The motion by Plaintiff Employers Insurance Company of Wasau for default judgment against Defendant Texcon Holdings, Inc, is GRANTED. Dkt 17.

A default judgment with entry of final judgment will issue by separate order.

SO ORDERED.

Signed on August 26, 2026, at Houston, Texas.

Honorable Charles Eskridge
United States District Judge